# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-145-686**

**Effective Date of Registration:**
March 27, 2019

---

### Title

**Title of Work:** Street Cats

### Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 26, 2019
**Nation of 1st Publication:** United States

### Author

- **Author:** Hillary Rose White
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1982

### Copyright Claimant

**Copyright Claimant:** Hillary Rose White
23 Claires Way, Belfast, ME, 04915, United States

### Certification

**Name:** Hillary Rose White
**Date:** March 27, 2019

Page 1 of 1

