# EXHIBIT B













